IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LIFE INSURANCE COMPANY OF   *
  NORTH AMERICA
                            *
         Plaintiff
                            *
     vs.                        CIVIL ACTION NO. MJG-12-3624
                            *
GALEN STEVENSON, et al.
                            *
         Defendants
*    *    *    *    *    *    *    *    *

MEMORANDUM AND ORDER

The Court has before it the Motion of Plaintiff Life Insurance Company of North America For Appointment of a Guardian Ad Litem and finds that neither a response nor a hearing is necessary.

All parties will benefit from the appointment of a Guardian Ad Litem for Defendant G.L.S., a minor.

Accordingly:

1. Motion of Plaintiff Life Insurance Company of North America For Appointment of a Guardian Ad Litem is GRANTED.

2. The Court shall proceed to appoint a Guardian Ad Litem for Defendant G.L.S.

SO ORDERED, on Wednesday, January 9, 2013.

                                  /s/
                           Marvin J. Garbis
                        United States District Judge